UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIEL HOWLAND,

    Plaintiff,

v.

    Case No. 1:17-cv-903

    HON. JANET T. NEFF

NICHOLAS DARLINGTON a/k/a
JACKSON NICHOLS, et al.,

    Defendants.
_____/

## ORDER TO STRIKE

On November 29, 2017, Defendants Nicholas Darlington and Heather Lass filed their Answer to the complaint with affirmative defenses and jury demand (ECF No. 10).  Upon review of the Answer, the Court finds that Defendants Nicholas Darlington and Heather Lass failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(B) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response.  For this reason, the Answer is stricken.  Therefore,

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses and jury demand (ECF No. 10) is STRICKEN.  Defendants Nicholas Darlington and Heather Lass shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated:  November 29, 2017                                           /s/ Janet T. Neff
                                                                                      JANET T. NEFF
                                                                                      United States District Judge